UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**NATE WALKER (#433462)**　　　　　　　　　　　　CIVIL ACTION

**VERSUS**

　　　　　　　　　　　　　　　　　　　　　　　　　NO. 16-0130-JWD-EWD

**DARREL VANNOY, WARDEN, ET AL.**

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued March 22, 2016, to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's action is dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e) and 1915A, without prejudice to the Plaintiff's right to seek habeas corpus relief.[1]

Signed in Baton Rouge, Louisiana, on April 11, 2016.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] The Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."